**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

KENNETH ALLEN CIVIL ACTION

VERSUS NO. 25-874-JWD-EWD

ACME TRUCK LINE, INC., ET AL.

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 29, 2026, (Doc. 15), to which no objection was filed;

**IT IS ORDERED** that the Motion to Remand, (Doc. 8) filed by Plaintiff Kenneth Allen, is **DENIED** because the snap removal of this case by non-forum defendant, Robert Green, before service on the forum defendant was permissible under the plain language of 28 U.S.C. § 1442(b)(2), and allowing such removals does not lead to an absurd result.

**IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge Wilder-Doomes for a scheduling conference.

Signed in Baton Rouge, Louisiana, on September 1, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**